```
RALPH A. ZAPPALA, SBN 102052
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone:    (925) 299-9600
Facsimile:    (925) 299-9608
E-mail:       rzappala@bzlawllp.com
              esanchez@bzlawllp.com

Attorneys for Plaintiffs and Counter-Defendants
TRES CRUZES LAND & CATTLE LLC and
JOHN W. BUSBY II, TRUSTEE OF THE EDWARD
PESTANA TRUST

SONIA MARTIN, SBN 191148
MENGMENG ZHANG, SBN 280411
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA  94105-1101
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198
E-mail:       sonia.martin@dentons.com
              mengmeng.zheng@dentons.com

Attorneys for Defendant and Cross-Defendant
SCOTTSDALE INSURANCE COMPANY, A
SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY

STEPHEN C. SNIDER, SBN 099557
SNIDER, DIEHL & RASMUSSEN, LLP
1111 W. Tokay Street
P.O. Box 560
Lodi, California 95241
Telephone:    (209) 334-5144
Facsimile:    (209) 333-1034
E-mail:       s.snider@lodilaw.com

Attorneys for Defendants and Counter-Claimants/Cross-Claimants
GARY HERD and NANCY HERD
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| TRES CRUZES LAND & CATTLE, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br>　　vs. | : : : : : : : : : : | Case No.:  2:15-cv-00449-MCE-AC<br>(As Consolidated)<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CONSOLIDATED ACTION; ORDER THEREON** |

| | | |
|---|---|---|
| 1 | SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-30, inclusive, | |
| 2 | | |
| 3 | | |
| 4 | Defendants. | |
| 5 | | |
| 6 | JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST, an individual | Associated Case No. 2:15-CV-00764-MCE-AC |
| 7 | Plaintiff, | |
| 8 | vs. | |
| 9 | SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-30, inclusive, | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this consolidated action in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

IT IS SO STIPULATED.

Dated: July 6, 2016        BUSBY & ZAPPALA LLP

By: /S/_Erin S. Sanchez (as authorized on July 6, 2016)
RALPH A. ZAPPALA
ERIN S. SANCHEZ
Attorney for Plaintiffs and Counter-Defendants TRES CRUZES LAND & CATTLE LLC and JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST

| | |
|---|---|
| Dated: July 6, 2016 | DENTONS US LLP |
| | By:  /S/ Sonia Martin<br>SONIA MARTIN<br>MENGMENG ZHANG<br>Attorneys for Defendant and Cross-Defendant<br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY |
| Dated: July 5, 2016 | SNIDER, DIEHL & RASMUSSEN, LLP |
| | By: /S/ Stephen C. Snider (as authorized on July 6, 2016)<br>STEPHEN C. SNIDER<br>Attorney for Defendants and Counter-Claimants/Cross-Claimants GARY HERD and NANCY HERD |

## ORDER

In accordance with the parties' stipulation, and good cause appearing, this consolidated action is dismissed, with prejudice, with each party to bear its own attorney's fees, costs, and expenses.  The matter having been concluded in its entirety, the Clerk of Court is ordered to close the file.

IT IS SO ORDERED .

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE